**\*E-FILED 04-09-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XCENTRIC VENTURES, LLC, | No. C10-80076MISC JF (HRL) |
| Plaintiff, | **ORDER REQUESTING RELATED CASE DETERMINATION** |
| v. | |
| ELIZABETH ARDEN d/b/a Complaintsboard.com, et al., | |
| Defendants. | |

It has come to this court's attention that the instant miscellaneous action concerns another subpoena issued in this District to Google, Inc. in connection with a default judgment obtained in a single underlying action in the District of Arizona. The undersigned therefore requests that District Judge Ware determine whether the instant case is related to <u>Xcentric Ventures, LLC v. Elizabeth Arden d/b/a Complaintsboard.com, et al.</u>, C09-80309MISC JW (PVT) within the meaning of Civil Local Rule 3-12.

Dated: April 9, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1   5:10-mc-80076 Notice has been electronically mailed to:

2   Erik Swen Syverson     eriksyverson@gmail.com

3   5:10-mc-80076 Notice mailed to:

4   Maria Crimi Speth
    Jaburg & Wilk, P.C.
5   3200 N. Central Avenue, Suite 2000
    Phoenix, AZ 85012

**United States District Court**
For the Northern District of California